

**FILED**
JUN 01 2009
CLERK
United States Bankruptcy Court
San Jose, California

Certificate Number: 03788-CAN-CC-007203421

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 29, 2009, at 3:53 o'clock PM EDT,

Raul Garcia received from

Alliance Credit Counseling, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 29, 2009

By: /s/April Thomas

Name: April Thomas

Title: Accredited Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).