B3B (Official Form 3B) (12/07) - Cont.

In re **GARCIA, RAUL ESPINOZA**  Case No. _____
_____
Debtor (s)                              (if known)

## APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

### Part A. Family Size and Income

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtors(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition.) **1**

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

    Total Combined Monthly Income (Line 16 of Schedule I): $ **2715.00**

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.

    $ **0.00**

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.

    $ **2715.00**

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ☐ No ☒

    If yes, explain.

### Part B: Monthly Expenses

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.

    $ **2665.00**

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? Yes ☐ No ☒

    If yes, explain.

### Part C. Real and Personal Property

EITHER (1) attach completed copies of Schedules A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand:  $ **50.00**

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, CD: | Amount: |
|---|---|---|
| BANK OF AMERICA | CHECKING | $ 0.00 |
| BANK OF AMERICA | SAVINGS | $ 0.00 |

Case: 09-54257   Doc# 5   Filed: 06/01/09   Entered: 06/01/09 11:58:58   Page 1 of 3

B3B (Official Form 3B) (12/07) - Cont.

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing**.

    Home    Address _____    Value: $ _____
            _____
            _____    Amount owed on mortgages and liens: $ _____

    Other Real Estate   Address _____
                        _____    Value: $ _____
                        _____    Amount owed on mortgages and liens: $ _____

    Motor vehicle   Model/Year: **2008 CHEVY SILVERAD**    Value: $ **19965.00**
                    **EXT**    Amount owed: $ **22620.00**

    Motor vehicle   Model/Year: _____    Value: $ _____
                    _____    Amount owed: $ _____

    Other   Description _____    Value: $ _____
            _____    Amount owed: $ _____

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

    Name of Person, Business, or Organization that Owes You Money    Amount Owed:
    _____    $ **0.00**
    _____    $ **0.00**

**Part D. Additional Information.**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes ☐  No ☒
    If yes, how much have you paid?  $

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case? Yes ☐  No ☒
    If yes, how much have you promised to pay or do you anticipate paying?  $

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    Yes ☒  No ☐
    If yes, how much have you paid?  $ **150.00**

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
    Yes ☐  No ☒
    If yes, how much have you promised to pay or do you anticipate paying?  $

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf?
    Yes ☐  No ☒

    If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years?  Yes ☐  No ☒

| Case Number (If known) | Year filed | Location of filing | Did you obtain a discharge? (if known) |
|---|---|---|---|
| _____ | _____ | _____ | Yes ☐ No ☒ Don't know ☐ |
| _____ | _____ | _____ | Yes ☐ No ☒ Don't know ☐ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on: __01 JUNE 1009__  
Date  

_____  
Signature of Debtor

_____  
Date

_____  
Signature of Joint Debtor

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

__RANSOME CARL McKISSICK, Jr.__  __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__  
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. §110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

Address: __430 California St., #7  Santa Clara, CA 95050__

X __Ransome Carl McKissick, Jr.__  __01 June 2009__  
Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.