Form IFPDI

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Raul Espinoza Garcia | Case No.: 09–54257 |
|---|---|
| Debtor(s) | Chapter: 7 |

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application is hereby

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

IT IS FURTHER ORDERED THAT:

☐ PAY IN FULL. The debtor shall pay the Chapter 7 filing fee in full within (15) days of the date this Order was entered.

☑ INSTALLMENTS. The debtor shall begin making installment payments according to the following terms:

| First Installment | $89.00 on or before | 6/12/09 |
| Second Installment | $70.00 on or before | 7/13/09 |
| Third Installment | $70.00 on or before | 8/11/09 |
| Final Installment | $70.00 on or before | 9/10/09 |

**Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.**

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS AS DIRECTED ABOVE, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING

A hearing to consider the debtor's "Application for Wavier of the Chapter 7 Filing Fee" shall be held on:

| **DATE:** | **TIME:** |
|---|---|
| **LOCATION:** | |

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Dated: 6/3/09

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge