# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/1/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Raul Espinoza Garcia
17205 Calle Mazatan
Morgan Hill, CA 95037

| Case Number:<br>09−54257 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−0491 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Raul Espinoza Garcia<br>17205 Calle Mazatan<br>Morgan Hill, CA 95037<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Mohamed Poonja<br>P.O. Box 1510<br>Los Altos, CA 94023−1510<br>Telephone number: 650−941−3400 |

### Meeting of Creditors
Date: **July 9, 2009**            Time: **11:30 AM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/8/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/2/09 |

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: lubarron              Page 1 of 1              Date Rcvd: Jun 02, 2009
Case: 09-54257                Form ID: B9A                Total Served: 16
```

The following entities were served by first class mail on Jun 04, 2009.
```
db         +Raul Espinoza Garcia,   17205 Calle Mazatan,   Morgan Hill, CA 95037-3715
tr          Mohamed Poonja,   P.O. Box 1510,   Los Altos, CA  94023-1510
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Secretary of The Treasury,   15th and Pennsylvania Ave. NW,   Washington, DC  20220-0001
smg        +State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
             Sacramento, CA 94279-0001
ust         Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
             San Jose, CA  95113-3004
10024711    Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
10024709   +Bank of America,   PO Box 1598,   Norfolk, VA 23501-1598
10024707    Citibank Banamex,   2039 Century Park East 42nd Floor,   Los Angeles, CA 90067
10024706   +Count of Santa Clara,   Child Support Services,   2851 Junction Avenue,   San Jose, CA 95134-1910
10024703   +Santa Clara County Credit Union,   852 North First Street,   San Jose, CA 95112-6370
10024710   +The Moreno Family Law Firm,   1800 Hamilton Avenue, Suite 100,   San Jose, CA 95125-5635
```
The following entities were served by electronic transmission on Jun 03, 2009.
```
tr          EDI: QMPOONJA.COM Jun 02 2009 21:58:00      Mohamed Poonja,   P.O. Box 1510,
             Los Altos, CA  94023-1510
smg         EDI: CALTAX.COM Jun 02 2009 22:03:00      CA Franchise Tax Board,   Attn: Special Procedures,
             P.O. Box 2952,   Sacramento, CA  95812-2952
10024711    EDI: BANKAMER2.COM Jun 02 2009 21:58:00      Bank of America,   PO Box 15726,
             Wilmington, DE 19886-5726
10024709   +EDI: BANKAMER2.COM Jun 02 2009 21:58:00      Bank of America,   PO Box 1598,
             Norfolk, VA 23501-1598
10024708   +EDI: RMSC.COM Jun 02 2009 21:58:00      GE Money Bank,   PO Box 981400,   El Paso, TX 79998-1400
10024704    EDI: IRS.COM Jun 02 2009 21:58:00      Internal Revenue Service,   Fresno, CA 93888
10024705   +EDI: CALTAX.COM Jun 02 2009 22:03:00      State of California,   Franchise Tax Board,
             P.O. Box 942867,   Sacramento, CA 94267-0001
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2009          Signature: *Joseph Speetjens*